IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL WEISS, M.D., KATHY WEISS, M.W., D.W., and B.W.,** | : | Civil No. 1:17-cv-1162 |
| **Plaintiffs,** | : | |
| v. | : | |
| **SURGICAL ANESTHESIA SERVICES, LLC and JOE McDONNELL, Plan Administrator,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion to dismiss for failure to state a claim (Doc. 6) is **DENIED**.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: January 24, 2018