UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. WEISS, M.D. : | |
| KATHY WEISS : | |
| M.W. (child), D.W., (child) and : | Case No. 1:17-CV-01162 |
| B.W. (child), : | |
| Plaintiffs, : | |
| : | Judge Rambo |
| v. : | |
| : | |
| Surgical Anesthesia Services, LLC : | |
| And Joe McDonnell, : | |
| Defendants | |

## PLAINTIFFS' MOTION TO DISMISS CASE

AND NOW, this ____ day of March 2021, come the Plaintiffs, by and through their counsel, and file this Motion as follows:

1. This case was instituted by Complaint filed July 3, 2017.

2. Various pleadings were filed in the first 2 years or so that the case was pending.

3. By Order dated October 9, 2012, this Court granted the Motion to Withdraw by Defendants' former counsel and the case was put on hold to allow Defendants to obtain new counsel.

4. In the interim, while no attorney has entered an appearance on behalf of the Defendants, Plaintiffs have decided they no longer wish to pursue the case.

1

5. No brief will be filed relative to this Motion unless the Court issues an Order therefor.

WHEREFORE, the Plaintiff's request that Your Honor enter an Order granting this Moton, dismissing the case, and for such other relief as may be just and proper.

Respectfully submitted,

By: /s/ Sara A. Austin
Sara A. Austin, Esquire
AUSTIN LAW FIRM LLC
226 E. Market St.
York, PA  17403
(717) 846.2246 phone
Saa2@austinlawllc.com
Attorney for Plaintiffs

## CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that she has not contacted the pro se Defendants relative to dismissal but believes that they concur in the relief requested in the foregoing Motion.

Surgical Anesthesia Services LLC
c/o Andrew Ribaudo
3065 Argonne Drive NW
Atlanta, GA 30305

Joe McDonnell
1334 Bexley Pl. NW
Kennesaw GA 30144-7001

/s/ Sara A. Austin
Sara A. Austin, Esquire

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2021, the foregoing document was or will be served as follows:

    Thomas Chairs, Esquire
        Counsel for Defendants

                                        /s/ Sara A. Austin
                                        Sara A. Austin, Esquire