UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. WEISS, M.D. : | |
| KATHY WEISS : | |
| M.W. (child), D.W., (child) and : | Case No. 1:17-CV-01162 |
| B.W. (child), : | |
| Plaintiffs, : | |
| : | Judge Rambo |
| v. : | |
| : | |
| Surgical Anesthesia Services, LLC : | |
| And Joe McDonnell, : | |
| Defendants | |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

AND NOW, TO WIT, the Plaintiffs having filed a Motion to Dismiss the case, believing that the Defendants concur with such request, and for good cause shown, it is ORDERED that the Motion is GRANTED. This case is dismissed.

By the Court:


  s/Sylvia H. Rambo
  Honorable Sylvia Rambo


Dated: March 24, 2021

1